

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE**
**1 COURTHOUSE WAY - SUITE 2300**
**BOSTON, MASSACHUSETTS 02210**
**TELEPHONE: 617-748-9152**

**TO:**                                    **RE:**

 Worcester Superior Court               CIVIL ACTION #.  06-cv-10708 JLT

 2 Main Street                          YOUR CASE #.   WOCV2006-00585

 Worcester, MA 01608

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____
 May 25, 2006  by the Honorable  Joseph L. Tauro .

The following documents are included in our file and transmitted herewith:

( X )   Certified copy of the docket entries;

( X )   Certified copy of the transferral order;

( X )   Original documents numbered _____

(  )    _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:  06-05-06                          By: /s/ Kimberly M. Abaid
                                              Deputy Clerk

cc:   Counsel, File

_____

The documents listed above were received by me on _____ and assigned the

following case number:_____.

By:_____
   Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)

 

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE**
**1 COURTHOUSE WAY - SUITE 2300**
**BOSTON, MASSACHUSETTS 02210**
**TELEPHONE: 617-748-9152**

TO:                                    RE:

 Worcester Superior Court              CIVIL ACTION #.  06-cv-10708 JLT

 2 Main Street                         YOUR CASE #.   WOCV2006-00585

 Worcester, MA 01608


Dear Clerk:

        Please be advised that an order transferring the above entitled action to your court was entered on _____
  May 25, 2006  by the Honorable  Joseph L. Tauro .

        The following documents are included in our file and transmitted herewith:

        ( X )    Certified copy of the docket entries;

        ( X )    Certified copy of the transferral order;

        ( X )    Original documents numbered _____

        (   )    _____

        Kindly acknowledge receipt of the above on the copy of this letter.

                                        Respectfully,

                                        SARAH A. THORNTON
                                        CLERK OF COURT

Date:   06-05-06                        By: /s/ Kimberly M. Abaid
                                            Deputy Clerk


cc:    Counsel, File

_____

        The documents listed above were received by me on _____ and assigned the

following case number:_____.

                                        By:_____
                                            Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)